ORIGINAL

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA        :
                                :
         - v. -                 :
                                :
TAHIR ALI KHAN,                 :      07 Cr. 711 (LAP)
     a/k/a "Waheed Khan,"       :
     a/k/a "Ali,"               :
     a/k/a "Haji,"              :
     a/k/a "Shan,"              :
FAYYAZ AHMED,                   :
ARIE BENSHIMON,                 :
     a/k/a "the Jew,"           :
     a/k/a "Jewish Guy,"        :
NAVEED ALI BHINDAR,             :
     a/k/a "Sheikh,"            :
SYED HASSAN,                    :
MUHAMMAD ISHAQ,                 :
     a/k/a "Saqa,"              :
BASHARAT JARRAL,                :
     a/k/a "Alex,"              :
NADEEM KHAN,                    :
GHULAM MEHMOOD,                 :
     a/k/a "Mama,"              :
     a/k/a "Zafar,"             :
SHAHEEN MUKHTAR,                :
     a/k/a "Nick,"              :
QAISER QURESHI,                 :
     a/k/a "Auntie,"            :
FRANKLIN RODRIGUEZ,             :
     a/k/a "Spanish Guy,"       :
     a/k/a "Chancey,"           :
SYED SHAH,                      :
     a/k/a "Charsi,"            :
     a/k/a "Chotu,"             :
     a/k/a "Joji,"              :
OSCAR SANCHEZ,                  :
     a/k/a "Charsi,"            :
     a/k/a "Bank of America,"   :
MUHAMMAD SHARIF,                :
     a/k/a "Malik,"             :
PRADIPT SHARMA,                 :
     a/k/a "the CitiBank        :
guy,"                           :
                                :
              Defendants.
- - - - - - - - - - - - - - - x
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 2 7 2007

WHEREAS, the above-captioned indictment was returned on August 1, 2007 and, upon application of the government, ordered to be filed under seal; and

WHEREAS the Government has requested that the above-captioned indictment be unsealed;

IT IS HEREBY ORDERED, that, the indictment docketed as 07 Cr. 711 (LAP) be unsealed.

Dated: New York, New York
       August 27, 2007

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

**Debra Freeman**
**United States Magistrate Judge**
**Southern District of New York**